RECEIVED
CHARLOTTE, N.C.

Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
STATESVILLE, N.C.

AUG 16 2005

U.S. DISTRICT COURT
W. DIST. OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:02CV54-H

| | |
|---|---|
| GENE SAMUEL STARKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| viii. | ) |
| | ) |
| ROMAC METALS, | ) |
| ROMAC METALS – Div. of Insilco | ) |
| Corp., ACME/ROMAC, Inc., | ) |
| ROMAC METALS, INC., | ) |
| INSILCO CORPORATION, | ) |
| and INSILCO TECHNOLOGIES, INC. | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on the plaintiff's Motion for Voluntary Dismissal Without Prejudice. Defendant does not oppose this motion.

For good cause, this motion is **GRANTED**.

This _15th_ day of August, 2005.

*Carl Horn, III*
UNITED STATES MAGISTRATE JUDGE

DOCUMENT SCANNED